UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLETON, | No. 2:22-cv-1067 TLN AC P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| MARK MONTIEZ, et al., | |
| Defendants. | |

On August 25, 2022, the undersigned found that plaintiff's complaint failed to state a claim for relief. ECF No. 9. As a result, plaintiff was directed to file an amended complaint and to do so within thirty days. Id. at 9. More than thirty days have passed, and plaintiff has neither filed an amended complaint, nor has he responded to the court's order in any way.

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice for failure to prosecute. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

////

1

1 | time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153
2 | (9th Cir. 1991).
3 | DATED: October 18, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE