UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLETON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK MONTIEZ, et al.,<br><br>    Defendants. | No.  2:22-cv-01067-TLN-AC<br><br>**ORDER** |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 18, 2022, the magistrate judge issued findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 11.)  Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the magistrate's findings and recommendations was returned to the Court on October 31, 2022, Plaintiff was properly served. Pursuant to Local Rule 182(f), service of documents at the address of record of the party is fully effective.  Furthermore, more than sixty-three days have passed since the magistrate's findings

///

1

and recommendations were returned to the Court.  *See* Local Rule 183(b) (permitting dismissal of case if plaintiff fails to notify court of current address within sixty-three days).  It is Plaintiff's responsibility to keep the Court apprised of his current address at all times.  *Id.*

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued October 18, 2022 (ECF No. 11) are ADOPTED in full and

2. This matter is DISMISSED without prejudice for failure to prosecute.  *See* Local Rule 110; Fed. R. Civ. P. 41(b).

**DATED: February 7, 2023**

_____
Troy L. Nunley
United States District Judge